5-638549
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
MAERSK LINE,

                          Plaintiff,
   - against -

BOC GLOBAL HELIUM, INC.,

                         Defendant.
--------------------------------------------------------X

RECEIVED JUL 17 2007
LAURA TAYLOR SWAIN

07 Civ. 4543 (SWAIN)

NOTICE AND ORDER
OF DISMISSAL,
WITH PREJUDICE

     PLEASE TAKE NOTICE that the above captioned matter be and hereby is dismissed, with prejudice and without costs as to each party against the other, the defendant not having appeared, pursuant to Fed.R.Civ.P. 41.

Dated: New York, New York
       July 16, 2007

                          LAW OFFICES OF
                          ALBERT J. AVALLONE & ASSOCIATES

                          By_____
                          Albert J. Avallone - AA1679
                          Attorneys for Plaintiff
                          MAERSK LINE
                          551 Fifth Avenue, Suite 1625
                          New York, NY 10176
                          (212) 696-1760

SO ORDERED:

_____ 7/17/07
U.S.D.J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 18 2007
```