5-638549

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAERSK LINE,

                     Plaintiff,          07 Civ. 4543 (SWAIN)

    - against -                            NOTICE AND ORDER
                                              OF DISMISSAL,
BOC GLOBAL HELIUM, INC.,          WITH PREJUDICE

                    Defendant.
------------------------------------------------------------X

       PLEASE TAKE NOTICE that the above captioned matter be and hereby is dismissed, with prejudice and without costs as to each party against the other, the defendant not having appeared, pursuant to Fed.R.Civ.P. 41.

Dated: New York, New York
         July 16, 2007

                                  LAW OFFICES OF
                                  ALBERT J. AVALLONE & ASSOCIATES

                                  By _____
                                  Albert J. Avallone - AA1679
                                  Attorneys for Plaintiff
                                  MAERSK LINE
                                  551 Fifth Avenue, Suite 1625
                                  New York, NY 10176
                                  (212) 696-1760

SO ORDERED:

_____
    U.S.D.J.